IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
F I L E D
UNITED STATES DISTRICT COURT
     DENVER, COLORADO

       APR 28 2025

   JEFFREY P. COLWELL
              CLERK
```

Civil Action No. _____
(To be supplied by the court)

____KEITH  CUNNINGHAM_____, Plaintiff

v.

____UNITED  STATES  OF  AMERICA_____,

_____,

_____,

_____, Defendant(s).

Jury Trial requested:
(please check one)
____ Yes   X   No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

KEITH CUNNINGHAM, Register No. 28119-064
220 11th Ave., Seattle, Washington, 89122
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___  Pretrial detainee
___  Civilly committed detainee
___  Immigration detainee
___  Convicted and sentenced state prisoner
**XX**  Convicted and sentenced federal prisoner
___  Other: (*Please explain*) _____

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  UNITED STATES OF AMERICA
(Name, job title, and complete mailing address)
[U.S. Attorney General] Room 5111, Main Justice Bldg., 10th and Constitution N.W., Washington, DC 20530

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  **X** Yes ___ No (*check one*). Briefly explain:

United States and its employees always act under color of federal law.

Defendant 1 is being sued in his/her **XX** individual and/or ___ official capacity.

2

Defendant 2: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ State/Local Official (42 U.S.C. § 1983)

___ Federal Official

As to the federal official, are you seeking:

___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

**X** Other: (*please identify*) Federal Tort Claims Act

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:    BATTERY (Common law)

Claim one is asserted against these Defendant(s):    UNITED STATES OF AMERICA

Supporting facts:

1. Plaintiff was a federal inmate incarcerated at FCI Englewood, a federal prison located in Littleton, Colorado at all times relevant to this Complaint.

2. On October 10, 2024 at approximately 9:00 PM, Plaintiff was standing in the center range aisle of the Lower West Unit at FCI Englewood. It was the prison's count time where all the inmates were instructed to stand in a row in the center range and await the officers who were to count them one by one.

3. Officer Tomayo was one of two officers who walked down the center range area at 9:00 PM on October 10, 2024 to count all the inmates on that range.

4. When Officer Tomayo reached the area where Plaintiff was standing for the prison "count time", Officer Tomayo walked toward Plaintiff, raised his hand as if to strike Plaintiff, and forcefully snatched the wires of Plaintiff's earbuds which caused Plaintiff's head to jerk. The earbuds did not immediately come off of Plaintiff's head and he was pulled by his head jerking to the side with such force that his body moved and he was pulled by the head in the direction of Officer Tomayo's hand movement.

5. Officer Tomayo did not indicate why he committed assault and battery on Plaintiff's person and did not speak to Plaintiff before or after he assaulted Plaintiff.

4

## D. STATEMENT OF CLAIMS

6. As a result of the acts of the officer described in paragraphs 1-5 above, the plaintiff suffered pain and suffering and injuries, including the exacerbation of Plaintiff's former neck injury for which he underwent surgical repair. Plaintiff continues to suffer from pain related to the acts of Officer Tomayo described in paragraphs 1-5 above. Plaintiff also suffers from emotional injuries related to the acts of Officer Tomayo described in paragraphs 1-5 including sleeplessness, anxiety, fear, inconvenience and embarrassment.

> CLAIM TWO: Assault (Common law)
>
> Claim Two is asserted against defendant United States 0f America.
>
> Supporting facts:

7. The facts stated in paragraphs 1-6 above are realleged and incorporated by reference herein.

### Common-Law Claims Against the United States (FTCA)

8. The actions of Officer Tomayo set forth in paragraphs 1-5 constitute assault and battery in violation of Colorado common law. Under the Federal Tort Claims Act, the defendant United States of America is liable to the plaintiff for the unlawful actions of Officer Tomayo as he was acting within the scope of his employment as a law officer of the United States Bureau of Prisons.

> CLAIM THREE: Negligence (Common law)
>
> Claim Three is asserted against defendant United States of America.
>
> Supporting facts:

9. The facts stated in paragraphs 1-6 above are realleged and incorporated by reference herein.

### Common-Law Negligence Against the United States (FTCA)

10. The actions of Officer Tomayo set forth in paragraph 1-5 constitute negligence in violation of Colorado common law. Officer Tomayo had a duty to the plaintiff not to injure him when conducting a search and/or seizure of his personal property. Officer Tomayo breached his duty when he snatched Plaintiff's property (earbuds) from his head in a forceful manner causing

## D. STATEMENT OF CLAIMS

the plaintiff pain and injuries. This breach of duty constituted negligence in violation of Colorado common law and was the direct and proximate cause of the plaintiff's pain and injury. Under the Federal Tort Claims Act, the defendant United States of America is liable to plaintiff for the unlawful actions of Officer Tomayo as he was acting within the scope of his employment as a law enforcement officer of the United States Bureau of Prisons.

### E.  PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  **X** Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):   United States of America

Docket number and court:   No. 1:25-ev-01776-NYW-CYC (D. Colo.)

Claims raised:   Medical Negligence / Malpractice

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)   The case is pending.

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F.  ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    **X** Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    **X** Yes ___ No (*check one*)

\*\*Plaintiff filed a FTCA administrative claim with the North Central Regional Office of the Bureau of Prisons on or about 10/15/2025. The Bureau of Prisons has not responded to my administrative claim although six months have passed since I filed said claim with the Bureau of Prisons.

5

G.   **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

```
On the claims stated in paragraphs 1-10, the plaintiff asks the
Court to enter judgment against defendant United States of America
and to hold defendant United States of America liable to the
plaintiff for compensatory damages.

Plaintiff further requests that the Court enter judgment granting
plaintiff costs in this suit and any additional relief this court
deems just, proper, and equitable.
```

H.   **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Keith Cunningham*
(Plaintiff's signature)


4/24/2025
(Date)


(Revised November 2022)

6

DECLARATION OF JOHN WILLROTH

John Willroth states:

    1. I am an inmate at FCI Englewood. I am housed in Lower West Unit on the Center Range.

    2. On October 10, 2024 at approximately 9:00 PM I was located in the center aisle of the Center Range of Lower West Unit awaiting the officers to conduct the inmate count.

    3. Officer Tomayo walked down the Center Range of Lower West Unit a few minutes after 9:00 PM and was counting inmates. When he arrived at the area which I was standing he walked up to Inmate Keith Cunningham and without saying a word, snatched his earbuds. The earbuds did not immediately come off of Mr. Cunningham's head and Cunningham's head jerked to the side as Officer Tomayo pulled at his head.

    4. Mr. Cunningham cringed when this happened and I assumed he was in pain at the time. Officer Tomayo did not indicate why he assaulted Keith Cunningham and continued walking down the Center Range without having ever said anything to Mr. Cunningham.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of October 2024 at Littleton, Colorado.

*/s/ John Willroth*

John Willroth
Prisoner No. 17596-089
FCI Englewood
9595 W. Quincy Ave.
Littleton, Colorado 80123

## DECLARATION OF CRISTOBAL VELASQUEZ

1. I am an inmate at FCI Englewood. On 10/10/2024, during the 9:00 PM count, I witnesses Officer Tomayo walk down the center range and yank on Keith Cunningham's earbuds without saying anything to him before or after the incident. Mr. Cunningham did not say anything to Officer Tomayo but I did see Mr. Cunningham's head jerk when Officer Tomayo pulled his earbuds.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of October 2024 at Littleton, Colorado.

*Cristobal Velasquez*

Cristobal Velasquez
FCI Englewood
9595 W. Quincy Ave.
Littleton, Colorado 80123

DECLARATION OF JONATHAN CLARK

Jonathan Clark states:

1. On October 10, 2024, during the 9:00 PM count, I witnessed Officer Tomayo aggressively pull Keith Cunningham's earbuds and jerk his head in doing so.

2. Mr. Cunningham was standing in the center range of the Lower West Unit along with all of the other inmates on the range awaiting count by the officers. Officer Tomayo did not give Mr. Cunningham any instructions or otherwise speak to Mr. Cunningham before he snatched his earbuds from him as Officer Tomayo walked down the range.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of October 2024 at Littleton, Colorado.

Jonathan Clark
Prisoner No. 01494694
FCI Englewood
9595 W. Quincy Ave.
Littleton, Colorado 80123

Charles Head #45494-112
Federal Correctional Institution
9595 W. Quincy Ave.
Littleton, Colorado 80123

United States District Court
Attn: Clerk of the Court
901 19th Street
Room A105
Denver, Colorado 80294-3589

LEGAL MAIL
LEGAL MAIL
LEGAL MAIL

CERTIFIED MAIL
7019 0700 0000 7854 5873

